

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00432-CV

Walter Lee Brown, III, $4,936.00 U.S. Currency, Five Cellular Phones, et al.
v.
The State of Texas

On Appeal from the
156th District Court of Aransas County, Texas
Trial Court Cause No. A-23-0115-CV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered, and remanded to the trial court. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion and REMANDS for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

June 13, 2024